UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HEFFERNAN, et al.,<br>        Plaintiff,<br><br>v.<br><br>HEALTH CARE ALLIANCE, INC., et al.,<br>        Defendants. | CIVIL ACTION NO. 3:01CV2338(AHN)<br><br><br><br>June 22, 2006 |

SATISFACTION OF JUDGMENT

Plaintiffs hereby serve notice that the Stipulated Judgment [Dk # 11] ordered by the Court on August 27, 2002 in the above entitled case has been satisfied.

**PLAINTIFFS,**

Dated: June 22, 2006    BY: _/s/ John M. Creane_
                                          John M. Creane, ct06081
                                          Michael E. Passero, ct11707
                                          Law Firm of John M. Creane
                                          92 Cherry St., P.O. Box 170
                                          Milford, CT 06460
                                          (203) 878-2419 (voice)
                                          (203) 878-6021 (facsimile)

CERTIFICATION

      This is to certify that a copy of the foregoing Plaintiff's Rule 26(a)(1) Disclosure was sent by first class mail, postage prepaid, on June 22, 2006 to all counsel of record as follows:

Marylou Fabbo, Esq.
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, MA 01144

Carmelo Grimaldi, Esq.
Kaufman, Schneider & Bianco, LLP
390 N. Broadway
Jericho, NY 11753

                                                  John M. Creane, Esq.